# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Shneez Veritas LLC ) ASBCA Nos. 59049, 59050, 59051
) 59052, 59053, 59054
) 59055
Under Contract No. W91B4N-11-D-7016 )

APPEARANCES FOR THE APPELLANT: Antonio R. Franco, Esq.
Brian F. Wilbourn, Esq.
PilieroMazza PLLC
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
Kyle E. Chadwick, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The parties have settled their disputes in the referenced appeals and have jointly executed and filed a request for dismissal with prejudice, dated 16 September 2014. Accordingly, the appeals are hereby dismissed with prejudice.

Dated: 18 September 2014

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59049, 59050, 59051, 59052, 59053, 59054, 59055, Appeals of Shneez Veritas LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals